IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,417

In the Matter of TROY J. LEAVITT,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On December 9, 2022, the court suspended Troy J. Leavitt from the practice of law in the state of Kansas for a one-year period. The court then stayed imposition of that discipline and placed Leavitt on probation for a one-year period, subject to specified terms and conditions. See *In re Leavitt*, 316 Kan. 698, 520 P.3d 1287 (2022).

On December 19, 2023, Leavitt filed an "application for order of successful termination of probation." Leavitt attached to this filing his and his supervising attorney's affidavits summarily attesting to Leavitt's compliance with all terms of his probation. See Supreme Court Rule 227(g)(1) (2023 Kan. S. Ct. R. at 284) (outlining process for motion to be discharged from probation). The Office of the Disciplinary Administrator (ODA) responded that Leavitt has complied with his probation, confirmed Leavitt's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Leavitt's application, and orders Leavitt fully discharged from probation. Accordingly, this disciplinary proceeding is closed.

1

The court further orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Leavitt.

Dated this 19th day of January 2024.